# Exhibit 2

# SERVICE




116895040

**MAIL TO**

**Vanessa A Voigt**
66 Cherry Blossom Drive
Huntingdon, TN 38344

**SERVE BY** 01/23/2024

*SERVICE TO*
**Tyson Foods, Inc.**
2000 Biffle Road
Newbern, TN 38059



**DOCUMENTS**
SUMMONS; COMPLAINT

**CUSTOMER RULES**
Personal service only.

CUSTOMER **Barnes Law LLP**
REF **REF-14018737**
COURT **TN Coffee County Chancery Court**
CASE# **23CV-396**
TITLE **SAMANTHA REED, ET AL vs. TYSON FOODS, INC.**

Need help?
206-521-2967
abclegal.com



10/26/2023

Case 4:23-cv-00051 Document 1-2 Filed 11/22/23 Page 2 of 4 PageID #: 42

## STATE OF TENNESSEE - COUNTY OF COFFEE
## 14TH JUDICIAL DISTRICT

CIVIL ACTION NO. _____ 23CV-396

SAMANTHA REED, et al.

**Plaintiff**

VS.

TYSON FOODS, INC.

**Defendant**

To the above named Defendant:
TYSON FOODS, INC.
2000 BIFFLE RD
NEWBERN      TN      38059

You are summoned to appear and defend a civil action filed against you in Chancery Court, Coffee County, Tennessee, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.
In case of your failure to defend this action by the above date, judgment by default can be taken against you for the relief demanded in the complaint.

ISSUED: _____ 10/25/2023 _____, 12:55:26 PM _____.

SHEILA B. PROFFITT, CLERK & MASTER

BY _____ Laura L. Wiser _____
Deputy Clerk

Robert Barnes

ATTORNEY FOR PLAINTIFF
or
PLAINTIFF'S ADDRESS

Address
700 S. Flower St., Suite 1000 Los Angeles CA 90017

## NOTICE

TO THE DEFENDANT(S):
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. [T.C.A. 26-2-114].

TO THE SHERIFF: Please execute this summons and make your return hereon as provided by law.

**SHEILA B. PROFFITT, CLERK & MASTER**
By _____ Laura L. Wiser _____, D.C.

Received this summons for service this _____ day of _____, _____.

Officer

2445

## RETURN ON SERVICE OF SUMMONS

I hereby certify and return, that on the _____ day of _____, _____.

I served this summons together with the complaint herein as follows: _____

_____

_____

_____
OFFICER

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the _____ day of _____, _____. I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in Case No. _____ to the defendant, _____. On the _____ day of _____, _____. I received the return receipt for said registered or certified mail, which had been signed by _____ on the _____ day of _____, _____. Said return receipt is attached to this original summons and both documents are being sent herewith to the Chancery Court Clerk for filing.

SWORN TO AND SUBSCRIBED BEFORE ME ON
THIS _____ DAY OF _____, _____

_____ NOTARY PUBLIC or DEPUTY CLERK

_____
PLAINTIFF, PLAINTIFF'S ATTORNEY
OR OTHER PERSON AUTHORIZED BY
STATUTE TO SERVE PROCESS

MY COMMISSION EXPIRES: _____

### ATTACH RETURN RECEIPT HERE

### PUBLIC NOTICE

The Americans with Disabilities Act prohibits discrimination against any qualified individual with a disability. The Tennessee Judicial Branch does not permit discrimination against any individual on the basis of physical or mental disability in accessing its Judicial programs. In accordance with the Americans with Disabilities Act, if necessary, the Tennessee Judicial Branch will provide reasonable modifications in order to provide access to all of its programs, services and activities to qualified individuals with disabilities.

This notice is provided as required by Title 81 of the Americans with Disabilities Act of 1990.

If you need assistance, have questions or need additional information, please contact your Local Judicial Program ADA Coordinator:
Jenny Anthony
Justice Center
300 Hillsboro Boulevard, P. O. Box 629
Manchester, Tennessee 37349
931-723-5110
jenny@coffeecountytn.org

If you need assistance, have questions or need additional information, you may also contact the Tennessee Judicial Program ADA Coordinator:

ADA Coordinator
511 Union Street, Suite 600
Nashville, Tennessee 37219
615-741-2687 or 800-448.7970
adacoordinator@tncourts.gov

The Tennessee Judicial-Branch Americans with Disabilities Act Policy Regarding Access to Judicial Programs, as well as a Request for Modification form may be found online at www.tsc.state.tn.us.