# Exhibit 3

STATE OF TENNESSEE, COUNTY OF COFFEE, CHANCERY COURT

**SAMANTHA REED; ET AL**

Plaintiff/Petitioner

vs.

**TYSON FOODS, INC.**

Defendant/Respondent

Case No.: **23CV-396**

**DECLARATION OF SERVICE OF SUMMONS; COMPLAINT**

Received by **Vanessa Voigt**, on the **26th day of October, 2023 at 3:33 PM** to be served upon **Tyson Foods, Inc.** at **2000 Biffle Road, Newbern, Dyer County, TN 38059**.
On the **27th day of October, 2023 at 9:58 AM**, I, **Vanessa Voigt**, SERVED Tyson Foods, Inc. at **2000 Biffle Road, Newbern, Dyer County, TN 38059** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Janie Connolley**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Janie Connolley who identified themselves as the corporate officer with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 35-45 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**

Service Fee Total: **$85.00**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

| NAME: | *[signature]* | NA | 10/27/2023 |
|---|---|---|---|
| | Vanessa Voigt; 66 Cherry Blossom Drive, Huntingdon, TN 38344 | Server ID # | Date |

