# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| SYMANTHA REED, CHARLES GOETZ, JAMES SPAULDING, WENDY WHARTON, GARY CRAWFORD and ROBBIE JOHNSON, <br><br>    Plaintiffs, <br><br>v. <br><br>TYSON FOODS, INC., <br><br>    Defendant. | Civil Action No. _____ |

## DECLARATION OF J. GREGORY GRISHAM

I, J. Gregory Grisham, declare and state the following:

1. I am over the age of 21 and give this Declaration of my own personal knowledge.

2. I am counsel for Tyson Foods, Inc. in the present action.

3. Tyson Foods, Inc., is a Delaware Corporation and its principal place of business is in Springdale, Arkansas. Attached to this Declaration as Exhibit 1 is a copy of the Entity Details from the State of Delaware pertaining to Tyson Foods, Inc.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 22nd day of November 2023.

*[signature: J. Gregory Grisham]*

J. Gregory Grisham

Exhibit 1 to Declaration of J. Gregory Grisham

- Visit Delaware (Tourism)

See All State Agencies: **Listed Alphabetically** | **Listed by Department**

Search: ⦿ This Site ○ Statewide | Advanced Search

X



Department of State: Division of Corporations

Allowable Characters

**HOME**

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 2082418 | Incorporation Date / Formation Date: | 1/31/1986 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | TYSON FOODS, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | UNITED AGENT GROUP INC. | | |
|---|---|---|---|
| Address: | 1521 CONCORD PIKE SUITE 201 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19803 |
| Phone: | 561-508-5033 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information

Case 4:23-cv-00051    Document 1-4    Filed 11/22/23    Page 4 of 4    PageID #: 50